IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

RISING STARS CHILDCARE LLC                Chapter 11
                                          Case No. 5:20-bk-50059
        Debtor-in-Possession              Reorganization

## **MOTION OF DEBTOR TO CLOSE CASE**

Comes now the debtor under 11 U.S.C. § 350(a) and Bankruptcy Rule 3022 to request that the Court enter a final decree closing this case, the estate having been fully administered by the entry of that certain Order Confirming Plan entered on September 11, 2020. The debtor has commenced making payments under the confirmed plan, and the case should be closed.

**WHEREFORE**, the debtor prays that the Court enter an order closing this case and for such other and further relief as is just.

                                    RISING STARS CHILDCARE LLC
                                          By Counsel

/s/ Daniel T. Lattanzi
DANIEL T. LATTANZI (WVSB #10864)
WILLIAM W. PEPPER (WVSB #2857)
Counsel for Debtor
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

RISING STARS CHILDCARE LLC                    Chapter 11
                                              Case No. 5:20-bk-50059
         Debtor-in-Possession                 Reorganization


### <u>CERTIFICATE OF SERVICE</u>

I, Daniel T. Lattanzi, counsel for the Debtor, do hereby certify that I have served copies of the **MOTION OF DEBTOR TO CLOSE CASE** upon the following by depositing true and exact copies thereof in the United States Mail in properly addressed and stamped envelopes and/or by *ELECTRONIC FILING* on the 3rd day of December, 2020.


Debra Wertman (served electronically)

Michelle Steele (served electronically)

Christopher Arthur (served electronically)

Eric Wilson (served electronically)

W. Scott Campbell (served electronically)

Johnie Muncy (served electronically)

All of the mailing matrix


/s/ Daniel T. Lattanzi