

B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

**Dated: January 24th, 2021**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

RISING STARS CHILDCARE LLC        Chapter 11
                                  Case No. 5:20-bk-50059
    Debtor-in-Possession          Reorganization

**<u>ORDER</u>**

    On this day came the debtor pursuant to 11 U.S.C. § 350(a) and Bankruptcy Rule 3022 requesting that the Court enter an order closing the case.

    A review of the file reveals that an Order Confirming Plan was entered herein on September 11, 2020, and that there are no further matters left to be heard. The debtor has further represented that it has made its first payments under the plan. Accordingly, the Court does grant the Motion of Debtor to Close Case, and this case shall be and hereby is CLOSED.

Presented By:

/s/ Daniel T. Lattanzi
DANIEL T. LATTANZI (WVSB #10864)
WILLIAM W. PEPPER (WVSB #2857)
Counsel for Debtor
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361